# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL7 | E2079302 | Snorta | 30592 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/10/2024  06:40 | LA RS 14:98 |

Place of Offense: Barksdale AFB West gate bldg 1400
71110

Offense Description: Factual Basis for Charge    HAZMAT ☐
Operating Vehicle while Intoxicated

### DEFENDANT INFORMATION

Last Name: Merrill    Nathan    T

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 948 ETK | LA | 2017 | Nissam altima | | White |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 300 Fannin St Suite 4300
Shreveport La 71101

Date: July 11th 2024
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2079302*

---

I state that on April 20, 2024 while exercising my duties as a law enforcement officer in the Western District of LA7

Nathan was driving and pulled up to west gate, while having a conversation noticed his words were very slurred and strong odor off alcohol was coming off of him. I then conducted SFST's on Nathan and failed those and then blew a .212 g% on intolilizer

The foregoing statement is based upon:
☒ my personal observation          ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/20/2024    [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident